**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 14, 2020.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-19-00961-CV

## IN RE WILLIAM LANG, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**164th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-49789**

## M E M O R A N D U M   O P I N I O N

On December 4, 2019, relator William Lang filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Alexandra Smoots-Thomas,[1] judge of the 257th District Court of Harris County, to vacate her January 28, 2019 order striking the counter-affidavits of relator's expert, Michelle Castro, CPC, CMC. *See* Tex. Civ. Prac. & Rem. Code Ann. § 18.001.

---

[1] The Office of the State Commission on Judicial Conduct suspended Judge Smoots-Thomas from office on November 12, 2019. .

Relator has not established that he is entitled to mandamus relief. Therefore, we deny the petition for mandamus.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Bourliot.